IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

ANTHONY HICKS                                                                               PLAINTIFF
ADC #97307

v.                            CASE NO. 2:11CV00143 BSM/HDY

RAY HOBBS et al.                                                                          DEFENDANTS

### ORDER

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge H. David Young have been reviewed. No objections were filed. After carefully considering this document and making a *de novo* review of the record, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT plaintiff's claims against defendants Ray Hobbs, Greg Harmon, and Todd Ball, be dismissed with prejudice, and the names of defendants Ray Hobbs, Greg Harmon, and Todd Ball be removed as party defendants.

DATED this 21st day of September 2011.

_____
UNITED STATES DISTRICT JUDGE