# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

ANTHONY HICKS                                                                                 PLAINTIFF

V.                              NO: 2:11CV00143 HDY

RAY HOBBS *et al.*                                                   DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this  25  day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE